BOWSER ET AL., APPELLEES AND CROSS-APPELLANTS, *v.* NATIONWIDE
INSURANCE COMPANY, APPELLANT AND CROSS-APPELLEE.

[Cite as *Bowser v. Nationwide Ins. Co.* (1997), 77 Ohio St.3d 372.]

(No. 96–1424—Submitted December 11, 1996—Decided January 29, 1997.)

---

*Froelich & Weprin, L.P.A.,* and *Gary L. Froelich,* for appellees and cross-appellants.

*Jenks, Surdyk & Cowdrey Co., L.P.A.,* and *Edward Dowd,* for appellant and cross-appellee.

---

The discretionary appeal is denied.

The discretionary cross-appeal is allowed.

The judgment of the court of appeals on cross-appeal is reversed, and the cause is remanded to the trial court for further proceedings on the authority of *Schaefer v. Allstate Ins. Co.* (1996), 76 Ohio St.3d 553, 668 N.E.2d 913.

MOYER, C.J., DOUGLAS, RESNICK, F.E. SWEENEY, PFEIFER, COOK and LUNDBERG STRATTON, JJ., concur.